THE CITY OF NEW YORK, Appellant, *v.* JAMES J. McCORMICK, Respondent.

(Argued December 14, 1932; decided January 17, 1933.)

*Arthur J. W. Hilly,* Corporation Counsel (*J. Joseph Lilly, Henry J. Shields, Isaac F. Cohen* and *Harry L. Herzog* of counsel), for appellant.

*Robert S. Johnstone* and *Stanley L. Richter* for respondent.

Order affirmed, with costs, and question certified answered in the negative. No opinion.

Concur: POUND, Ch. J., LEHMAN, O'BRIEN and HUBBS, JJ. Dissenting: CRANE, KELLOGG and CROUCH, JJ.